PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Alana Fox     Cr.: 20-00885-001
    PACTS #: 5813493

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/23/2022

Original Offense:    Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: 3 years probation

Special Conditions: $100 Special Assessment, 150 Hours of Community Service, Financial Disclosure, and Mental Health Treatment

Type of Supervision: Probation        Date Supervision Commenced: 03/23/2022

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Mykonos, Greece from June 28, 2023, to July 4, 2023, for a friend's wedding. She will be traveling with her friends and plans to reside at Royal Myconian hotel in Greece.

**U.S. Probation Officer Action:**

Our office recommends travel request be approved. Alana Fox reports as instructed, and submits monthly supervision reports. Fox has maintained a stable residence and is employed with Greystar Management Services as a resident services manager. Fox satisfied her special assessment and has completed 150 hours of community service. She is in full compliance with the conditions of probation.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Patrick Hattersley*

By:    PATRICK HATTERSLEY
      Supervising U.S. Probation Officer

Prob 12A – page 2
Alana Fox

/bgm

PREPARED BY:

| *Brendan G. Murillo* | 03/07/2023 |
|---|---|
| BRENDAN G. MURILLO | Date |
| U.S. Probation Technician | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Travel Approved

☐ Travel Denied

☐ Other

_____
Signature of Judicial Officer

March 7, 2023
Date